IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LATOSHANN THOMPSON,

Plaintiff,

vs.

METHODIST HOSPITAL, CHI HEALTH
MERCY, NEBRASKA MEDICAL CENTER,
and BRADDOCK FINNEGAN MEDICAL
PRACTITIONERS,

Defendants.

8:23CV353

MEMORANDUM AND ORDER

This matter is before the Court on a document titled "Motion Proposed Compel" filed by Plaintiff Latoshann Thompson on October 25, 2023. Filing No. 15. Plaintiff asks the Court to dismiss the claims of former co-plaintiff Terrance Turner ("Turner") included in the Complaint, Filing No. 1. The Court dismissed Turner's claims and removed Turner as a party to this case in its Memorandum and Order entered on October 24, 2023. Filing No. 14. Accordingly,

IT IS ORDERED that:

1.    Plaintiff's "Motion Proposed Compel," construed as a motion to dismiss Turner's claims, Filing No. 15, is denied as moot as the Court has already granted such relief.

2.    Plaintiff is advised that she has until **November 27, 2023** to (1) submit the $402.00 fees to the Clerk's office or submit a request to proceed in forma pauperis and (2) file an amended complaint in accordance with the Court's October 24, 2023 Memorandum and Order, Filing No. 14.

Dated this 30th day of October, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge