IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LATOSHANN THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>METHODIST HOSPITAL, CHI HEALTH MERCY, NEBRASKA MEDICAL CENTER, and BRADDOCK FINNEGAN MEDICAL PRACTITIONERS,<br><br>    Defendants. | **8:23CV353**<br><br>**MEMORANDUM AND ORDER** |

On October 24, 2023, the Court dismissed the claims raised by Plaintiff Latoshann Thompson's former "co-plaintiff" Terrance Turner because they were malicious and directed Plaintiff to file an amended complaint on her own behalf and either pay the filing fee or submit a request to proceed in forma pauperis by November 27, 2023, if she wished to pursue her claims in this matter. Filing No. 14. Rather than file an amended complaint and IFP motion, Plaintiff filed a Complaint naming the same defendants named herein and a Motion for Leave to Proceed in Forma Pauperis on November 7, 2023, which were docketed in a new case, Case No. 8:23CV490, as Plaintiff did not indicate the pleadings should be filed in this case. *See* Filing Nos. 1 & 2, Case No. 8:23CV490. The Court granted Plaintiff leave to proceed in forma pauperis in Case No. 8:23CV490, and the case is currently pending initial review.

As Plaintiff has chosen to pursue her claims in Case No. 8:23CV490 and has not filed an amended complaint and either paid the filing fee or submitted a request to proceed IFP in this case, the Court will dismiss this matter without prejudice.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 28th day of November, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge